# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| CHAD W. HURTA<br><br>　　　　Plaintiff<br><br>v.<br><br>OQ CHEMICALS CORPORATION<br><br>　　　　Defendant | Civil Action No. 3:23-cv-00113 |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE COURT:

　　　COMES NOW the Plaintiff and Defendant, both by and through their respective attorneys of record, and file this Joint Motion for Dismissal With Prejudice regarding this cause of action and for reason for same respectfully request that all pending matters in this case be dismissed with prejudice.

　　　WHEREFORE, Plaintiff prays that this cause of action be dismissed with prejudice as to the Defendant, and all costs will be paid by the party incurring same.

Respectfully submitted,

**MEADERS & ALFARO**

*Yanice Colon-Pol*

YANICE COLON-POL
State Bar No. 24104276
Two Riverway, Suite 845
Houston, Texas 77056
Telephone:  (713) 403-3138
Fax:  (855) 602-8224
Email: Yanice.ColonPol@meaderslaw.com

**ATTORNEYS FOR DEFENDANT
OQ CHEMICALS CORPORATION**

MAREK, GRIFFIN & KNAUPP
203 N. Liberty St.
Victoria, Texas 77901
(361) 573-5500 [Telephone]
(361) 573-5040 [Telecopier]

 /s/  *John W. Griffin, Jr.*

John W. Griffin, Jr.
State Bar No. 08460300
jwg@lawmgk.com

**Counsel for the Plaintiff**

**CERTIFICATE OF SERVICE**

 I hereby certify that on the ___12th___ day of March, 2024, I electronically filed the foregoing document with the Clerk of the Court for the Southern District of Texas, using the CM/ECF system which will send notification of such filing to the following:

 John W. Griffin, Jr.
 MAREK, GRIFFIN & KNAUPP
 203 N. Liberty St.
 Victoria, Texas 77901
 Email:  JWG@lawmgk.com
 *Counsel for Plaintiff*

             */s/ Yanice Colon-Pol*
             **YANICE COLON-POL**