Case 3:23-cv-00113   Document 21   Filed on 03/12/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CHAD W. HURTA<br><br>  Plaintiff<br><br>v.<br><br>OQ CHEMICALS CORPORATION<br><br>  Defendant | Civil Action No. 3:23-cv-00113 |

## AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and the Defendant, appearing by and through their respective attorneys of record, have appeared by way of a Joint Motion to Dismiss with Prejudice requesting that all matters in this case be dismissed with prejudice. It is, therefore,

ORDERED AND DECREED that the claims of Plaintiff against Defendant be, and they are hereby dismissed with prejudice. It is, further,

ORDERED that all such other and further relief sought by this case which is not expressly granted herein is Denied. All court costs are taxed against the parties incurring same. This Order disposes of all claims and all parties.

SIGNED this ___12th___ day of ___March___, 2024.

_____
**JUDGE PRESIDING**

**AGREED:**

**MEADERS & ALFARO**

*[signature: Yanice Colon-Pol]*
_____
**YANICE COLON-POL**
State Bar No. 24104276
Two Riverway, Suite 845
Houston, Texas 77056
Telephone: (713) 403-3138
Fax: (855) 602-8224
Email: Yanice.ColonPol@meaderslaw.com

**ATTORNEYS FOR DEFENDANT**
**OQ CHEMICALS CORPORATION**

MAREK, GRIFFIN & KNAUPP
203 N. Liberty St.
Victoria, Texas 77901
(361) 573-5500 [Telephone]
(361) 573-5040 [Telecopier]

/s/ *John W. Griffin, Jr.*
_____
John W. Griffin, Jr.
State Bar No. 08460300
jwg@lawmgk.com

**Counsel for the Plaintiff**